Rel: October 4, 2024

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
SPECIAL TERM, 2024

SC-2024-0223

Steven Mark Hayden v. Josh Sexton; Kayla Sexton; Luke Sexton; Troy Hospital Staffing, LLC; Troy Healthcare Authority d/b/a Troy Regional Medical Center; and Emergency Staffing Solutions Inc. (Appeal from Pike Circuit Court: CV-22-900033).

SHAW, Acting Chief Justice.*

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Sellers, Mendheim, Stewart, and Cook, JJ., and Windom and McCool, Special Justices,* concur.

Parker, C.J., and Wise, Bryan, and Mitchell, JJ., recuse themselves.

*Because four members of the Supreme Court, including the Chief Justice, recused themselves, on September 25, 2024, Acting Chief Justice Shaw appointed Presiding Judge Mary Becker Windom and Judge J. Chris McCool, of the Court of Criminal Appeals, to serve as Special Justices in this appeal.